

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Rosanne Bernard Tavarez,      * Original Habeas Corpus Proceeding

No. 11-23-00261-CV      * December 21, 2023

    * Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Rosanne Bernard Tavarez's petition for writ of habeas corpus should be granted.   Therefore, in accordance with this court's opinion, the petition for writ of habeas corpus is granted, and we order her released from the bond set by this court on November 14, 2023.   We further order Roseanne Bernard Tavarez discharged from custody or the threat of custody based upon the trial court's oral contempt judgment and "docket entry" commitment order which it rendered on November 13, 2023.